JOHN R. MCMILLAN, ESQ.
Nevada Bar No. 0925
jrm@flangasmcmillan.com
GUS W. FLANGAS, ESQ.,
Nevada Bar No. 4989
gwf@flangasmcmillan.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
jkp@flangasmcmillan.com
**FLANGAS MCMILLAN LAW GROUP**
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JOHN BORDYNUIK INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JBI INC., a Nevada corporation f/k/a 310 HOLDINGS INC., a Nevada corporation; and DOES I-V and ROES I-V.<br><br>Defendants. | CASE NO.: 2:13-cv-01463-APG-VCF |

### CERTIFICATE OF INTERESTED PARTIES

Plaintiff, JOHN BORDYNUIK INC. (hereinafter referred to as "JBI Delaware"), by and through their counsel of record John R. McMillan, Esq., Gus W. Flangas, Esq. and Jessica K. Peterson, Esq. of the FLANGAS MCMILLAN LAW GROUP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, hereby certifies that the following individuals are interested parties in the above-captioned matter:

    1.    John Bordynuik, Inc., a Delaware Corporation;

    2.    JBI, Inc., a Nevada corporation formerly known as 310 Holdings, Inc.;

    3.    John Bordynuik; and

    4.    Sandra Elsley

1  These representations are made to enable the appointed Judges of the Court to evaluate
2  possible disqualifications or recusal.
3  DATED this 28th day of August, 2013

FLANGAS MCMILLAN LAW GROUP

_/s/ John McMillan_
JOHN R. MCMILLAN, ESQ.
Nevada Bar No. 0925
jrm@flangasmcmillan.com
GUS W. FLANGAS, ESQ.,
Nevada Bar No. 4989
gwf@flangasmcmillan.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
jkp@flangasmcmillan.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Plaintiff*