AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

|  |  |
|---|---|
| John Bordynuik Inc | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  2:13-cv-01463-APG-VCF |
| JBI, Inc. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JBI, Inc.
c/o Registered Agent
KILLUGAN INTERNATIONAL, INC.
4830 Impressario Court
Las Vegas, Nevada 89149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John R. McMillan, Esq.
Jessica K. Peterson, Esq.
Flangas McMillan Law Group
3275 South Jones Boulevard, Suite #105
Las Vegas, Nevada 89146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON

CLERK

*Lance S. Wilson*

(By) DEPUTY CLERK

August 15, 2013

DATE

Civil Action No.: 2:13-cv-01463-APG-VCF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons in a Civil Action; Complaint *(name of individual and title, if any)*: <u>JBI, Inc.</u>  was received by me on *(date)* <u>August 16th, 2013.</u>

❧  I personally served the documents on the individual at *(place)* _____
on *(date)* _____        ; or

❧  I left the documents with  *(name)* _____, a person of suitable age and discretion who is
authorized to accept service located at  _____on *(date)*_____; or

❧  I served the documents on *(name of individual  <u>M. Kane, Registered Agent</u>   , who is designated by law to accept

service of process on behalf of *(name of organization)*  <u>JBI, Inc., located at 4830 Impressario Court, Las Vegas,</u>

<u>Nevada</u>_____

, on *(date)*   <u>August 29th,  2013   at 8:02am.</u>_____        ; or

❧  I returned the summons unexecuted because _____ ; or

❧  Other *(specify):*


My fees are $ _____  for travel and $ _____  for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  <u>August 30th, 2013</u>

_____
*Server's signature*

<u>David W. Parker #R-005923</u>
*Printed name and title*

Corporate Intelligence Int'l
707 South 10th Street
Las Vegas, Nevada 89101
State License #595-595A
<u>(702)387-0151</u>
*Server's address*


Additional information regarding attempted service, etc: