# EXHIBIT 2

STATE OF DELAWARE

CERTIFICATE FOR RENEWAL

AND REVIVAL OF CHARTER

JOHN BORDYNUIK, INC., a corporation organized under the laws of Delaware, the charter of which was voided for non-payment of taxes, now desires to procure a restoration, renewal and revival of its charter, and hereby certifies as follows:

1. The name of the corporation is: JOHN BORDYNUIK, INC.

2. Its registered office in the State of Delaware is located at: 619 New York Avenue, Claymont, Delaware 19703 in the county of New Castle and the name of its registered agent at that address is: Corporate Consulting Ltd.

3. The date of filing of the original Certificate of Incorporation in Delaware was: September 27, 2007.

4. The date when restoration, renewal and revival of the charter of this corporation is to commence is the 29th day of February 2012 same being prior to the date of this expiration of the charter. This renewal and revival of the charter of this corporation is to be perpetual.

5. The corporation was duly organized and carried on the business authorized by its charter until the first day of March, A.D. 2012 at which time its charter became inoperative and void for non-payment of taxes and this certificate for renewal and revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

IN TESITMONY WHEREOF, and in compliance with the provisions of Section 312 of the General Corporation Law of the State of Delaware, as amended, providing for the renewal, extension and restoration of charters, Sandra Elsley, the last acting authorized officer hereunto set her hand to this certificate this 1st day of July 2013.

Sandra Elsley, President

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:02 PM 07/05/2013
FILED 04:02 PM 07/05/2013
SRV 130851136 - 4430596 FILE