# EXHIBIT 3

GORDON SILVER
ERIC R. OLSEN
Nevada Bar No. 3127
JOEL Z. SCHWARZ
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Defendant JBI, Inc.

DISTRICT COURT

COUNTY, NEVADA

| | |
|---|---|
| JOHN BORDYNUIK, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JBI, INC., a Nevada corporation f/k/a 310 HOLDINGS INC., a Nevada corporation; and DOES I-V and ROES I-V,<br><br>Defendants. | CASE NO. 2:13-cv-01463-APGVCF<br>DEPT. |

### DECLARATION OF JOHN BORDYNUIK IN SUPPORT OF DEFENDANT JBI NEVADA'S MOTION FOR SUMMARY JUDGMENT

I, John Bordynuik, declare and state as follows:

1.   I owned approximately 36 million shares of JBI Delaware, equaling an ownership share of 70-80%, when it ceased operations in April 2010.

2.   I was the President and only director and officer of JBI Delaware when it ceased operations in April 2010.

3.   Since JBI Delaware ceased operations in April 2010, I have not been made aware of the election of any new officers or directors.

4.   Since JBI Delaware ceased operations in April 2010, I have not received notice of a special meeting for the purpose of electing directors.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103048-001/Declaration of JB

1 of 2

5. There was no annual meeting held in 2010.

6. I have reviewed relevant portions of the bylaws of JBI Delaware. Per the bylaws of the corporation, I would be the only person who could call a special meeting since I was the only director and no other shareholders could combine to hold one third (1/3) of the number of shares of the capital stock.

7. I was never provided notice of any special meeting, either by mail or in-person.

8. I never waived notice to any meeting, by either showing up in person or sending a proxy, or by explicitly waiving notice.

9. Based upon the foregoing, the Plaintiff had no authority to claim to be President of JBI Delaware, and she had no authority to bring this claim on its behalf.

I declare under penalty of perjury and the laws of the province of Ontario, Canada, that the foregoing is true and correct.

Dated this __26__ day of September 2013.

_____
John Bordynuik

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103048-001/Declaration of JB

2 of 2