**DICKINSON WRIGHT PLLC**
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
Fax: (702) 382-1661

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BORDYNUIK, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JBI, INC., a Nevada corporation f/k/a 310 HOLDINGS INC., a Nevada corporation; and DOES I-V and ROES I-V,<br><br>Defendants. | CASE NO. 2:13-cv-01463-APG-VCF<br><br>NOTICE OF DISASSOCIATION OF COUNSEL |

PLEASE TAKE NOTICE that Joel W. Schwarz, Esq., is no longer counsel of record for Defendant JBI, Inc. in this case. Please remove his name and the law firm of Dickinson Wright PLLC from all service lists in this matter.

DATED this 30th day of June 2015.

DICKINSON WRIGHT PLLC

_____
JOEL Z. SCHWARZ
Nevada Bar No. 9181
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 382-4002
*Attorneys for*

1

## CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that on the 30th day of June 2015, she caused a copy of the foregoing **Notice of Disassociation of Counsel** to be served electronically to all parties of interest through the Court's CM/ECF system:

_____
Bobbye Donaldson, an employee of Dickinson Wright PLLC

2