GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
Attorneys for Defendant JBI, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BORDYNUIK, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JBI, INC., a Nevada corporation f/k/a 310 HOLDINGS INC., a Nevada corporation; and DOES I-V and ROES I-V,<br><br>Defendants. | CASE NO. 2:13-cv-01463-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, John Bordynuik, Inc., by and through its counsel, Jessica K. Peterson, Esq. of the law firm of Flangas Dalacas Law Group, and Defendants, JBI, Inc. f/k/a 310 Holdings, Inc., by and through their counsel, Eric R. Olsen, Esq. of the law firm of Garman Turner Gordon LLP, hereby stipulate and agree that all claims filed by John Bordynuik Inc. against Defendant JBI

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Garman Turner Gordon LLP
650 White Drive
Suite #100
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

Inc. shall be dismissed, with prejudice, with each party to pay their own attorneys' fees and costs.

DATED this 7th day of December, 2015.                    DATED this 7th day of December, 2015.

FLANGAS DALACAS LAW GROUP                      GARMAN TURNER GORDON LLP


/s/ Jessica K. Peterson                                          /s/ Eric R. Olsen
JOHN R. MCMILLIAN                                            ERIC R. OLSEN
Nevada Bar No. 0925                                              Nevada Bar No. 6454
GUS W. FLANGAS                                                GABRIELLE A. HAMM
Nevada Bar No. 4989                                              Nevada Bar No. 11588
JESSICA K. PETERSON                                          650 White Drive, Suite 100
Nevada Bar No. 10670                                            Las Vegas, NV 89119
3275 South Jones Blvd., Ste. 105                             Attorneys for Defendants
Las Vegas, NV 89146
Attorneys for Plaintiff


IT IS SO ORDERED.

DATED this 10th day of December, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Garman Turner Gordon LLP
650 White Drive
Suite #100
Las Vegas, Nevada 89119
(725) 777-3000

2 of 2